**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 330**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

_____

| | |
|---|---|
| In the matter of: : | **UNITED STATES BANKRUPTCY COURT** |
| : | **DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, TRUSTEE : | In Bankruptcy B- |
| Chapter 13 Bankruptcy : | |
| : | **STATEMENT OF UNDISTRIBUTED** |
| : | **BALANCE** |
| **Bankruptcy** : | |

| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|---|---|---|---|---|---|---|
| 08-33845 | MS | Jacqueline Meyers | 0000 | Debtor's Refund | $1,070.00 | Not Cashing |

**November 20, 2009**
**To be Deposited into Can X600**     /s/Marie-Ann Greenberg
                                      **MARIE-ANN GREENBERG**
                                      **STANDING TRUSTEE**